POST & SCHELL, P.C.
BY:  RICHARD B. WICKERSHAM, JR. ESQUIRE
E-MAIL: rwickersham@postschell.com
I.D. # 49466
FOUR PENN CENTER
1600 JOHN F KENNEDY BLVD.
PHILADELPHIA, PA  19103
215-587-1000

ATTORNEYS FOR DEFENDANTS,
LEWIS HEBERT AND
SOUTHEAST DIRECTIONAL
DRILLING, LLC

| | |
|---|---|
| BRIAN SIMMERS and<br>KELSEY SIMMERS,<br><br>             Plaintiffs,<br><br>        v.<br><br>LEWIS HERBERT; SOUTHEAST DIRECTIONAL DRILLING, LLC; and, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>             Defendants. | UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA<br><br><br>No. _____ |

## RULE 7.1 DISCLOSURE

Pursuant to Local Rule 7.1.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Southeast Directional Drilling, LLC, in the above-captioned action certifies that there are no parents, subsidiaries, and/or affiliates of Southeast Directional Drilling, LLC that have issued shares or debt securities to the public.

In addition, counsel for Southeast Directional Drilling, LLC makes the following disclosures regarding parents, subsidiaries, and/or affiliates of said party:

Southeast Directional Drilling, LLC is:

(1) A Minnesota limited liability company; and

(2) Its shares are not publicly traded.

POST & SCHELL, P.C.

BY: _____
RICHARD B. WICKERSHAM, ESQUIRE
Attorneys for DEFENDANTS, LEWIS
HEBERT and SOUTHEAST
DIRECTIONAL DRILLING, LLC

**DATED:** May 14, 2015